

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN THE INTEREST OF M. S. V., MINOR CHILD, | § | No. 08-20-00088-CV |
|  | § | Appeal from the |
| Appellant. | § | 388th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2012DCM10912) |
|  | § |  |

**O R D E R**

The Court has considered the motion filed by Appellant and will grant the motion as

follows:

- The Court will, in considering the appeal in Cause No. 08-20-00087-CV, take judicial notice

  of the appellate record in Cause No. 08-20-00088-CV, and vice versa.

IT IS SO ORDERED this 20th day of October, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.